The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-MC-00068-RSL |
| Plaintiff, | (2:15-CR-0395-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| MAZIAR REZAKHANI, | |
| Defendant/Judgment Debtor, | |
| and | |
| TROY CURRAN, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Troy Curran is relieved of further responsibility pursuant to this garnishment.

//

//

Dated this 24th day of January, 2018.

*/s/ M S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney